Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

[Additional counsel appearing on signature block]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Daniel DeClements**, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Americana Arizona, LLC** d/b/a Berkshire Hathaway Homeservices Arizona Properties, an Arizona registered limited liability company, and **Mark Stark,** an individual,<br><br>Defendants. | No. 2:20-cv-00166-DLR<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

Plaintiff Daniel DeClements ("Plaintiff DeClements," "Plaintiff," or "DeClements") brings this First Amended Class Action Complaint and Demand for Jury Trial against Defendant Americana Arizona LLC d/b/a Berkshire Hathaway Homeservices Arizona Properties ("Berkshire Hathaway Arizona") and Mark Stark individually ("Stark") to stop Defendants from directing, apparently authorizing, ratifying, and/or negligently supervising their agents' violations of the Telephone Consumer Protection Act. Specifically, Defendants instruct their realtors to use third party lead generating services to obtain leads lists and to call and text message those leads using an autodialer to solicit their real estate listings without their consent. Plaintiff seeks injunctive and monetary relief for all persons injured by the telemarketing

scheme directed, apparently authorized, and/or ratified by Berkshire Hathaway Arizona and Mark Stark.  Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.      Plaintiff Daniel DeClements is a resident of Rio Verde, Arizona.

2.      Defendant Berkshire Hathaway Arizona is an Arizona registered limited liability company located headquartered in, and conducting business throughout, Arizona.

3.      Defendant Mark Stark is a Nevada resident and the CEO of Defendant Americana Arizona d/b/a Berkshire Hathaway Arizona Properties. Mark Stark through a series of subsidiaries owns Defendant Berkshire Hathaway Arizona and directs, apparently authorizes, ratifies, and/or negligently supervises the conduct of Berkshire Hathaway Arizona's agents in Arizona in violation of the TCPA.

## JURISDICTION AND VENUE

4.      This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

5.      This Court has personal jurisdiction over the Defendants and venue is proper in this District under 28 U.S.C. § 1391(b) because the wrongful conduct giving rise to this case was directed from Arizona to Plaintiff's Arizona area code phone number while Plaintiff was physically present in this District and because Defendants

FIRST AMENDED CLASS ACTION COMPLAINT

direct, apparently authorize, ratify, and/or negligently supervise the conduct of Berkshire Hathaway Arizona's agents in Arizona in violation of the TCPA.

### COMMON ALLEGATIONS

6.     Berkshire Hathaway Homeservices Arizona Properties is a trade name of Defendant Americana Arizona, LLC.

7.     Defendant Mark Stark is the CEO and Owner of Berkshire Hathaway Homeservices Arizona:



8.     Stark, in his role as the CEO and owner of Berkshire Hathaway Arizona, directs, apparently authorizes, ratifies, and/or negligently supervises Defendants' real estate agents' cold calling in violation of the TCPA, including cold calling and text messaging consumers associated with listings that expired on the multiple listing service (MLS) without a sale (an expired listing) like Plaintiff.

9.     Consumers with expired property listings are targeted by real estate agents due to their obvious desire to sell their property that did not sell and the likelihood that the property is no longer subject to a listing agreement with another real estate agent. Placing a call to a consumer with an expired listing is a telemarketing cold call, as the

3

consumer never provided consent to be called by the calling agent or otherwise provided their phone number to the calling agent, and the purpose of the call is to solicit the consumer to hire the agent.

10.     There are a number of systems on the market that real estate agents use to obtain expired listing leads and their phone numbers so that the agents can call or text them to offer their realty services immediately when the consumers' listings expire. Landvoice is one such paid system whereby real estate agents pay a subscription fee in return for phone numbers of consumers whose property on the MLS has expired.

11.     Landvoice's leads are aggregated from expired listings from the MLS. Landvoice uses state-of-the-art technology to "take additional steps to deliver the highest quality and quantity of owner contact information including cell phone numbers" associated with those expired listings.  Landvoice generates multiple phone numbers (including cell phone numbers and other numbers listed on the DNC) for each lead to ensure that the agent calling has the best chance of reaching the individual associated with the expired listing.

12.     Landvoice's service includes the automatic loading of the Landvoice-generated leads lists, using a sequential number generator, into a "Power Dialer," an automatic telephone dialing system that "dial[s] leads" at a rate of 80 to 300 per hour and delivers a pre-recorded message if calls are not answered:



13.    RedX is another subscription service for real estate agents that sells real

estate agents lists of real estate leads.

14.    The leads marketed by RedX are aggregated from expired listings, for sale

by owner listings ("FSBOs"), old expired leads, and pre-foreclosure leads.  RedX

generates multiple phone numbers (including cell phone numbers and other numbers

listed on the DNC) for each lead to ensure that the real estate agent calling a particular

lead has the best chance of reaching the client by calling all possible numbers associated

with the owner of the listing.

15.     In addition to providing phone numbers, RedX provides its subscribers with an autodialer to call those leads in rapid succession to cycle through as many leads as possible.

16.     These leads are automatically loaded into the "Storm Dialer" provided by RedX which lets agents autodial all leads at the click of a button:



17.     Mojo is yet another subscription service of leads for real estate agents that includes, among other things, leads for expired listings and FSBOs and an autodialer.

18.     The Mojo autodialer is a tool used to call lists of contacts at the click of just one button:



Mojo Dialer Demonstration and Overview

19.     The Mojo autodialer boasts a number of features, including the ability to place up to 85 calls per hour using automated single line power dialing, which dials one phone number at a time in a sequence of numbers, or 300 calls per hour using automated multi-line power dialing, which dials multiple phone numbers per hour from a sequence of numbers:



20.     Mojo also offers a feature called Call Hammer that causes the autodialer to dial every phone number that is available for a lead before moving on (automatically) to the next lead:

20.     Mojo also offers a feature called Call Hammer that causes the autodialer to

dial every phone number that is available for a lead before moving on (automatically) to

the next lead:

---

21.     As was stated previously, Mark Stark, directly instructs Defendants' agents to pursue consumers with expired property listings such as Plaintiff DeClements.

22.     Stark provides a number of training classes directed at his Berkshire Hathaway Arizona agents, including one titled "What Should I Do Now To Get Immediate Business." In this video, Stark specifically directs his agents to pursue consumers with expired property listings:



Real Estate Training - What Should I Do Now To Get Immediate Business Part 2 of 2 [2]

"Old Expired Listings: Listen, if you like working new expireds, kudos, that's awesome! And if you are great at it, that's perfect. But a lot of people tell me regarding the new expireds that they are tough, and you know what, they can be. So again, kudos getting your skill set up to deal with the new.

But if you are not so comfortable dealing with the new, deal with the old. These are people who have once put their property on the market and now it's off the market for whatever reason. Reach out to them to speak to them. **There is a company called TheRedx.com. If you need information on it, reach out to our VP of Sales, Rick Berube.** He can give you all the information on it. They charge about $75 a month. And I believe Rick might even be able to help you with the discount so call him direct.

[2] https://www.youtube.com/watch?v=4wCFJsFo6dc

FIRST AMENDED CLASS ACTION COMPLAINT

What they do is they go through and clean up all the old information up you know they are not listed at this time even though they might have been selling later, it's all there with fresh information so you are saving a ton of time so that's very valuable time. Time is money, so you want to save that time. Hitting the old expireds may be the most recent month, go through all those calls and then go backwards from there.[3]

23.     As such, Stark directs, apparently authorizes, and/or ratifies the TCPA violative conduct of Defendants' agents by telling the agents to use the leads and dialers supplied by companies like RedX to obtain and call expired listings.

24.     Rick Berube, VP of Sales of Berkshire Hathaway Nevada and frequent trainer to Berkshire Hathaway Arizona agents, specifically interviews Mark Stark in November of 2019 on a training call for Defendants' Arizona agents during which Stark directs agents in the specific tactics and methods he used for good outbound prospecting for expireds. In Stark's words:

One of the things I noticed with expired listings is that everyone would call and say something like 'I noticed your property has come off the market are you still interested in selling' or something to that effect. Well you know what, everyone was doing that and that wasn't inspiring to me and wasn't working in my opinion…here is what I did. My goal was to get them [expired listings] talking about themselves and their home. And I knew they were interested. 99% they were interested in selling their house. Why? Well they were an expired listing. So the first thing I would do is 'Hi, this is Mark Stark with Berkshire Hathaway Homeservices can you do me a favor and tell me how your backyard is set up? What that did is it threw them off base, well, 'why do you want to know how my backyard is set up?' And I would go 'Well aren't you selling your home?' 'Well, yeah' 'Ok, so tell me about it.' Eventually through the conversation it will come out that their property came off the market…it would be questions about the house and then I would shoot for the appointment when I thought it was the right time.[4]

---

[3] *Id.* (at 2 minutes, 30 seconds).

[4] https://rickberube.podbean.com/e/interview-with-berkshire-hathaway-homeservices-ceo-mark-stark/

FIRST AMENDED CLASS ACTION COMPLAINT

25.     Defendants also hire and rely on Rick Berube to provide training and coaching to their agents:



**Rick Berube**
502 subscribers

I have been facilitating our own coaching program with Berkshire Hathaway called the Success Series that I personally train for up to 5 days in all three markets, California, Nevada, & Arizona. With this program, I hope to mentor, support, and challenge agents of all experience to be the best agent they can be. Just let this video speak for itself! Thank you to everyone included in the video I really appreciate it!

26.     Rick Berube follows the direction provided by Stark and trains the Berkshire Hathaway HomeServices Arizona agents to call consumers with expired property listings.

27.     Berube provides training sessions to agents in which he directs agents to call expireds by using systems like RedX and Landvoice.

28.     On June 7, 2017, Berube gave a training class to Berkshire Hathaway Arizona agents entitled, "Old Expired Listings."

FIRST AMENDED CLASS ACTION COMPLAINT



Old Expired Listings || Rick Berube Berkshire Hathaway HomeServices                    5

29.     In the above video, Berube states:

"A lot of people call the new expireds. But what people forget is the old expireds."[6]  Regarding how to look 4 years in the past for expired listings, Berube says not to go on MLS but rather to use "Landvoice, Mojo… I know Vulcan7 does this. The easiest one I can think of is RedX. RedX does this."[7] (Vulcan7 is another system that works similar to Landvoice and RedX.) Berube continues "If you go back 4 years, you're going to have 3-5,000 phone numbers. I mean, what better people can you call?"[8]

30.     Berube provides examples of how to place cold calls to consumers with expired listings using call scripts. He then says, "***I would use an autodialer myself***. And I would have each one of these in a file. Like Mojo, for instance… They're going to recognize you over time calling consistently." (Emphasis added.)

_____

[5] https://www.youtube.com/watch?v=Wev1qnhkrg4

[6] *Id.* (at 18 seconds).

[7] *Id.* - 1:41 into the video.

[8] *Id.*

FIRST AMENDED CLASS ACTION COMPLAINT

31.     Berube provides regular training to Berkshire Hathaway Arizona agents

including the following classes:



9
https://www.facebook.com/photo.php?fbid=1501142410201740&set=ecnf.10000917985
3436&type=3&theater

13



32.     As the above classes show, Berube trains Berkshire Hathaway Arizona agents on placing calls to consumers with expired listings and how to place effective cold calls including providing them with scripts to use on these expired listing calls.

33.     In addition to the above, Berube also provides physical materials to Berkshire Hathaway Arizona agents to reinforce his training initiatives:

---

[10] https://www.facebook.com/BerubeRick

FIRST AMENDED CLASS ACTION COMPLAINT



11

34.     This is a small sample demonstrating the frequency and location of training sessions Berube regularly provides to Berkshire Hathaway Arizona agents:[12]

- October 28, 2019 – Goodyear, Arizona
- October 28, 2019 – Camelback, Arizona
- October 29, 2019 – Scottsdale, Arizona
- October 29, 2019 – Anthem, Arizona
- October 30, 2019 – Phoenix, Arizona
- October 30, 2019 – Kierland, Arizona

35.     RE Academy (myreeduation.com) is a training website made available by Defendants to Berkshire Hathaway Arizona agents.  The training website shows that it is designed for Defendants' agents in Arizona.

---

[11] https://www.facebook.com/photo.php?fbid=2358564481126191&set=a.1437479676568014&type=3&theater

[12] https://www.facebook.com/BerubeRick

FIRST AMENDED CLASS ACTION COMPLAINT

36.     On the RE Academy website, new agents and experienced agents have access to training videos given by Mark Stark and training sessions and materials provided by Rick Berube.

37.     Berube offers a number of courses on RE Academy, many of which include training on placing calls to consumers with expired property listings.

38.     The course "Where to Get Business Today"[13] on RE Academy available to all Arizona agents provides training to the realtor on how to generate listing leads. In the course documents produced for Berkshire Hathaway Arizona agents, pursuing consumers with expired listings is specifically stated as an active method of generating leads:

## ACTIVE/PASSIVE LEAD GENERATING MODELS

**ACTIVE—75%**

**By Phone:**
- Sphere of Influence
- FSBO
- Expires
- Just Sold/Just Listed
- Past Clients
- Allied Resources
- Geographic Farm Area
- Corporations
- Organizations

**PASSIVE—25%**

**Advertising:**
- Newspapers, Radio, Vehicles, Magazines,  Signs, Brochures Boxes, Name Badge, Logo Shirts, Car Signs

**Promotional Items:**
- Magnets, Calendars, Flyers, Internet Ads/Websites:
- Craigslist, Facebook, Zillow, Trulia, etc.                                    14

---

[13] https://apm.activecommunities.com/reacademy/Activity_Search/where-to-get-business-today/3892

14

https://anprod.active.com/reacademy/servlet/downloadAttachedFile.sdi?uploadedfile_id=C68A0B890

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

39.     The course "Lead Generation, Follow Up & Sales Skills"[15] also available to Berkshire Hathaway Arizona agents trains agents in prospecting. The course document starts by addressing the fact that prospecting means soliciting for business:

### LEAD GENERATION ‖ PROSPECTING

The thing about prospecting is that the more you practice it, the better you will be. What is prospecting to the average person? <u>soliciting</u>. There is no way around that because most of the people in this world are trained to believe that is true. Prospecting can be the complete opposite of what the majority believes, it's all about how you <u>use</u> it. <u>You need to accept the art of prospecting</u> and <u>allow</u> it to become a part of you and your business. The sooner you do that, the easier the act of prospecting will become for you.                                                                                              16

40.     The course heavily encourages Berkshire Hathaway Arizona agents to use scripts when an agent is prospecting for new leads:

### SCRIPTS, SCRIPTS, AND MORE SCRIPTS!

**What is the most important tool in Selling?**

- ▶ The Language of <u>persuasion</u>.
- ▶ Show authority by <u>downswinging</u> your voice. However, show that you are about them and their issues by also repeating and approving. Make the conversation about them. Always match your <u>style</u> to theirs. We are able to identify a personality type very simply.
- ▶ Be <u>aware</u> of your PERSONALITY and match it to your clients.
- ▶ Remember to always <u>repeat</u>, <u>approve</u>, and <u>move</u>. <u>When prospecting a potential lead</u>, in conversation, make it always about them. Needless to say, act like you care. People love to talk about <u>themselves</u>. If you're thinking to yourself, "I don't talk like that!" Well, recondition your way of speaking and start talking like that.
- ▶ <u>Practice Makes Perfect</u>. At the end of the day, you can call it lead generation, you can call it prospecting but it is really just getting into <u>great conversations</u> with people about their real estate needs! It's about <u>establishing</u> and <u>nurturing</u> those great connections.                    17

---

[15] https://apm.activecommunities.com/reacademy/Activity_Search/lead-generation-follow-up-sales-skills/3893

16

https://anprod.active.com/reacademy/servlet/downloadAttachedFile.sdi?uploadedfile_id=C08A0B890B

[17] *Id.*

FIRST AMENDED CLASS ACTION COMPLAINT

**How do we accomplish this?**

▸ By making an ___effort_____ to ___remember_____ the names of both your clients and people passing through the property.

▸ By using professional ___scripts_____ ←.

**Scripts are:**

▸ Are ___intentionally_____ used to condition your response.

▸ Are ___intentional_____ in their purpose.                                    18

41.    RE Academy made available to Berkshire Hathaway Arizona agents specifically provides agents with scripts that are used in cold call scenarios such as when calling a consumer with an expired listing, a FSBO consumer, or a consumer with a just sold or just listed property:

**REFER TO THE SUCCESS CENTER SCRIPTS FOR THE FOLLOWING:**

▸ Just Sold ←
▸ Just Listed ←
▸ Powerful Closes for Prospecting ←
▸ Sphere of Influence – Past Client
▸ SOI/Past Client Script – Those you haven't talked to in awhile
▸ New Agent Sphere of Influence
▸ FSBO Script ←
▸ FSBO Objection Handlers ←
▸ Expired Listing Script 1 ←
▸ Expired Listing Script 2 ←
▸ Powerful Closes for Expireds ←
▸ Property Search Script
▸ Property Watch Script                                    19

---

[18] *Id.*

[19] *Id.*

FIRST AMENDED CLASS ACTION COMPLAINT

## TCPA ILLEGALITY OF AUTODIALED CALLS

42.     As explained by the Federal Communications Commission ("FCC") in its 2012 order, the TCPA requires "*prior express written consent* for all autodialed or prerecorded [solicitation] calls to wireless numbers and residential lines." *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, CG No. 02-278, FCC 12-21, 27 FCC Rcd. 1830 ¶ 2 (Feb. 15, 2012).

43.     Yet in violation of this rule, based on Defendants' instructions to purchase leads lists and use autodialers to call them, Defendants' agents fail to obtain any express written consent prior to placing autodialed calls and sending autodialed text messages to cellular telephone numbers such as those of Plaintiff.

44.     There are numerous complaints posted online about unsolicited calls that Berkshire Hathaway agents have placed to consumers, many of which indicate the use of an autodialer:

- "Called both my cell and my husbands this a.m and left a voice mail on both about talking to us before about houses in our area and if we were interested in selling our to give her a call. What a bunch of BS. We live outside the city limits and have never talked to her or anyone about selling our home."[20]

- "… I keep getting annoying texts from the realtor asking me for listings also sending them to my wife's cell phone – it's so annoying because I keep replying to the text that I'm on do not call list and asked several times to stop harassing us – then a few weeks later it starts all over again – sends the exact message asking if I have any homes that I would like to sell – I keep telling him no, stop texting me"[21]

---

[20] https://800notes.com/Phone.aspx/1-402-509-6267
[21] https://800notes.com/Phone.aspx/1-619-565-4909

- "CID 'BH HOME SERVICES'. No message. We're on the DoNotCall registry, & are not inclined to do business w/someone who conducts illegal cold-calls, then hangs up."[22]

## INDIVIDUAL LIABILITY UNDER THE TCPA

45.     Under the TCPA, an individual may be personally liable for the acts alleged in this Complaint pursuant to 47 U.S.C. § 217 of the TCPA, which reads, *inter alia*:

> [T]he act, omission, or failure of any officer, agent, or other person acting for or employed by any common carrier or user, acting within the scope of his employment, shall in every case be also deemed to be the act, omission, or failure of such carrier or user as well as of that person.

47. U.S.C. § 217.

46.     When considering individual officer liability, other courts have agreed that a corporate officer involved in the telemarketing at issue may be personally liable under the TCPA. *See, e.g., Jackson Five Star Catering, Inc. v. Beason*, No. 10-10010, 2013 U.S. Dist. LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any courts have held that corporate actors can be individually liable for violating the TCPA where they had direct, personal participation in or personally authorized the conduct found to have violated the statute.") (internal citation omitted); *Maryland v. Universal Elections*, 787 F. Supp. 2d 408, 415-16 (D. Md. 2011) ("If an individual acting on behalf of a corporation could avoid individual liability, the TCPA would lose much of its force.").

47.     This is consistent with the general tort principle that corporate officers or agents are personally liable for those torts which they personally commit, or which they direct or participate in, even though performed in the name of a company.

---

[22] https://800notes.com/Phone.aspx/1-702-362-1111

48.     Here, Defendant Mark Stark, owner and CEO of Berkshire Hathaway Arizona both personally participated in and authorized the automated telemarketing conduct.

49.     Defendant Mark Stark personally directs, apparently authorizes, ratifies, and/or negligently supervises agents' TCPA violative calls to expired listings using services such as RedX which includes leads and an autodialer.

50.     Defendant Mark Stark developed the company's training materials which include training agents to obtain and call/text expired listings.

51.     In addition, Mark Stark directs and relies on the training of Mark Berube, a trainer to Berkshire Hathaway Arizona agents, which involves specific directions to call expired listings using an autodialer and to use the services of companies that sell leads and dialers like RedX, Landvoice, Mojo, or Vulcan7.

## PLAINTIFF DECLEMENTS'S ALLEGATIONS

52.     Plaintiff DeClements had a property listed for sale, but he terminated his contract with the realtor that he was working with in the beginning of September 2019, and had the listing removed from the MLS.

53.     On September 3, 2019 at 2:21 PM, one day after DeClements had his property listing removed from the MLS, Declements received an autodialed text message from a Berkshire Hathaway Arizona agent to his cell phone using phone number 480-351-5157:

FIRST AMENDED CLASS ACTION COMPLAINT



54.    DeClements believes the text message was autodialed due to the

unsolicited, commercial, and generic nature of the text message, and because replying

"Stop" to 480-351-5157 results in an immediate automated response:

55.    When 480-351-5157 is called, the voicemail indicates that it belongs to

"Steven" from Berkshire Hathaway Valiant Fine Properties which is part of Berkshire

Hathaway Arizona.[23]

---

[23] https://www.bhhsaz.com/Roster/Search

FIRST AMENDED CLASS ACTION COMPLAINT

56.     This is Steven Losey of Berkshire Hathaway HomeServices Arizona Properties:[24]



57.     Plaintiff DeClements has never provided his cellular phone number to or consented to autodialed calls from either Defendant or any Berkshire Hathaway Arizona agent.

58.     The unauthorized telephone calls and text messages by Defendants' real estate agents have harmed Plaintiff DeClements in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his cell phone, in addition to the wear and tear on the phones' hardware (including the phones' battery) and the consumption of memory on the phone.

59.     Seeking redress for these injuries, Plaintiff DeClements, on behalf of himself and Classes of similarly situated individuals, bring suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which prohibits unsolicited autodialed calls and text messages to cellular telephones.

## CLASS ALLEGATIONS

60.     Plaintiff DeClements brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

---

[24] https://www.linkedin.com/in/stevenlosey/

All persons in the United States who from four years prior to the filing of this action through class certification (1) at least one of Berkshire Hathaway Arizona's realtors called or texted, (2) on the person's cellular telephone number, (3) using the same dialing system used to call and/or text Plaintiff, and (4) for whom Defendants' realtors obtained the person's phone number from the same source as Defendants' realtors obtained Plaintiff's phone number.

61.     The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendants, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendants have been fully and finally adjudicated and/or released. Plaintiff DeClements anticipates the need to amend the Class definitions following appropriate discovery.

62.     **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

63.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff DeClements and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a)     whether Defendants' real estate agents used an automatic telephone dialing system to send text messages to Plaintiff DeClements and the members of the Class;

(b)     whether Defendants' real estate agents used an automatic telephone dialing system to place calls to Plaintiff DeClements and the members of the Classes;

(c)     whether Defendants are liable under the TCPA for Berkshire Hathaway Arizona's realtors' conduct; and

(d)      whether members of the Class are entitled to treble damages based on the willfulness of Defendants' conduct.

64.      **Adequate Representation**: Plaintiff DeClements will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff DeClements has no interests antagonistic to those of the Class, and Defendants do not have any defenses unique to Plaintiff. Plaintiff DeClements and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so.

65.      **Appropriateness**: This class action is also appropriate for certification because Defendants have acted or refused to act on grounds generally applicable to the Class as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendants' business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendants' conduct with respect to the Class as a whole, not on facts or law applicable only to the Plaintiff. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendants' actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendants' misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF
### Telephone Consumer Protection Act
### (Violation of 47 U.S.C. § 227)
### (On Behalf of Plaintiff DeClements and the Class)

66.      Plaintiff DeClements repeats and realleges the foregoing paragraphs of this Complaint and incorporates them by reference.

67.     Defendants' realtors sent unwanted solicitation calls and text messages to cellular telephone numbers belonging to Plaintiff DeClements and the other members of the Class.

68.     Defendants directed, apparently authorized, ratified, and or negligently supervised realtors' making of these calls and texts.

69.     The texts and calls were made using an autodialer.

70.     These solicitation calls and texts were made *en masse* without the prior express written consent of Plaintiff DeClements and the other members of the Class.

71.     Defendants have, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendants' conduct, Plaintiff DeClements and the other members of the Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff DeClements, individually and on behalf of the Class, prays for the following relief:

72.     An order certifying this case as a class action on behalf of the Class as defined above, appointing Plaintiff DeClements as the representative of the Class, and appointing his attorneys as Class Counsel;

73.     An award of actual and/or statutory damages and costs;

74.     An order declaring that Defendants' actions, as set out above, violate the TCPA;

75.     An injunction requiring Defendants to cease directing, authorizing, ratifying, and/or negligently supervising their real estate agents' unsolicited calling and texting activity, and to otherwise protect the interests of the Class; and

76.     Such further and other relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff DeClements requests a jury trial.

Dated: March 26, 2020

*/s/ Nathan Brown*

Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

*Local Counsel for Plaintiff*
*and the putative Class*

Stefan Coleman*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

*\*Pro Hac Vice admitted*

FIRST AMENDED CLASS ACTION COMPLAINT