# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Declements,<br><br>    Plaintiff,<br><br>v.<br><br>Americana Holdings LLC, et al.,<br><br>    Defendants. | **NO. CV-20-00166-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 4, 2021, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 4, 2021

By   s/ W. Poth
     Deputy Clerk